THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
 
 
 

v.

 
 
 
Wallace Seawright, Appellant.
 
 
 

Appeal From Aiken County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-307
Submitted February 20, 2004  Filed 
 May 6, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Wallace 
 Seawright was convicted of possession of crack cocaine with intent to distribute 
 and possession of crack cocaine with intent to distribute within the proximity 
 of a school.  {R. 104-105}  He was sentenced to eighteen years imprisonment 
 for possession of crack cocaine with intent to distribute and ten years imprisonment 
 for possession with intent to distribute within the proximity of a school, the 
 sentences to run concurrently.  {R. 111-112}  Pursuant to Anders v. 
 California, 386 U.S. 738 (1967), Seawrights counsel attached a petition 
 to be relieved as counsel.  Seawright did not file a pro se response. 

After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Seawrights appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.